Exhibit 2

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| Claim 1.1 A telephone communication system comprising: | As highlighted below, the Net2phone's Unified Communication Platform allows users to make and receive calls using desk phones, mobile apps, and desktop applications under the same extension. The platform provides voice calling, call routing, and device-level control across multiple endpoints.<br><br>**Product Related Information Below:**<br><br><br><br>https://www.net2phone.com/products/unified-communications-solutions |

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| | **Calling Features** Everything from basic VoIP features such as call forwarding, transferring, and voicemail to unlimited nationwide and international to over 40 countries, and robust features such as welcome greetings, call recording, call queues, and music on hold. https://www.net2phone.com/voip-features?utm |
| Claim 1.2 a group of N telephones where N is at least two, each of said N telephones configured to be placed in activated mode and alternatively in stand-by mode such that in stand-by mode a telephone is incapable of placing or receiving a call unless switched to active mode; | As highlighted below, the unified communications platform supports multiple telephony endpoints per user (N ≥ 2). For any given call instance, the system designates one device as the active call-handling endpoint, while all other associated devices remain non-handling for that call, thereby establishing distinct active and standby operational states. In addition, the call-queue functionality inherently operates across multiple agent telephones (N ≥ 2), wherein agents are dynamically classified based on availability. An available (idle) agent is selected and activated to handle the incoming call, while all other agents being busy remain in a non-active (standby) state for that call until the routing logic switches call control to another agent. **Product Related Information Below:** |

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| |  https://www.net2phone.com/products/small-business-phone-system |

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| | **HOW DOES CALL QUEUING SOFTWARE WORK?**<br><br>When an agent is available to take the call, they are put through according to the call queue management protocol, which is normally based on rotating, sequential, or simultaneous call routing options.<br><br>Rotating agent selection has inbound calls distributed concurrently to the longest-idle, least-busy agents. Sequential agent selection distributes calls to agents in a particular order or with a skills based routing option, to the agent who is best skilled to answer the call and is frequently used when training new agents. Finally, simultaneous agent selection distributes calls one-at-a-time to all available agents, and the call rings until answered or maximum wait time expires.<br><br>https://www.net2phone.com/features/call-queue-software |

4

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| | ## How Does Call Queueing Work?<br><br>**Step 1. Call comes in:** A call queueing system begins when a call comes in and all agents are currently busy with other calls.<br><br>**Step 2. Call placed in queue:** The call is placed in a queue or waiting line until an agent becomes available. The caller is informed that their call is important and will be answered in the order in which it was received.<br><br>**Step 3. Callers hear message or music:** While the caller is waiting in the queue, they may hear a recorded message or music to keep them engaged and informed.<br><br>**Step 4. Agent becomes available:** When an agent becomes available, the next call in the queue is automatically routed to that agent.<br><br>**Step 5. Agent answers the call:** The agent answers the call and begins assisting the customer.<br><br>## What is Call Queue Management?<br><br>Call queue management is the process of efficiently managing incoming calls that are placed in a queue or waiting line when all agents are busy handling other calls. It involves the use of call center software or phone systems that can automatically route calls to available agents and provide callers with estimated wait times and other information while they wait on hold.<br><br>https://www.net2phone.com/blog/what-is-call-queue |
| Claim 1.3 each of said N telephones associated with a switch; | As highlighted below, the call queue routing engine functions as a logical switch, associated with each agent telephone, determining which device is selected to handle the call.<br><br>**Product Related Information Below:** |

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| | ## SET UP NET2PHONE CALL QUEUES IN FOUR EASY STEPS<br><br>With net2phones powerful unified communications solution, setting up a queue calling system is as easy as one, two, three… four. Head to the ring groups section of the net2phone portal. Click the edit button on the call group you want to enable call queues for. Select the call routing tab. Enable the call queue option and you're all set.<br><br>## HOW DOES CALL QUEUING SOFTWARE WORK?<br><br>When an agent is available to take the call, they are put through according to the call queue management protocol, which is normally based on rotating, sequential, or simultaneous call routing options.<br><br>Rotating agent selection has inbound calls distributed concurrently to the longest-idle, least-busy agents. Sequential agent selection distributes calls to agents in a particular order or with a skills based routing option, to the agent who is best skilled to answer the call and is frequently used when training new agents. Finally, simultaneous agent selection distributes calls one-at-a-time to all available agents, and the call rings until answered or maximum wait time expires. |

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| | https://www.net2phone.com/features/call-queue-software<br><br>## What is Call Queue Management?<br><br>Call queue management is the process of efficiently managing incoming calls that are placed in a queue or waiting line when all agents are busy handling other calls. It involves the use of call center software or phone systems that can automatically route calls to available agents and provide callers with estimated wait times and other information while they wait on hold.<br><br>https://www.net2phone.com/blog/what-is-call-queue |
| Claim 1.4 said switch configured to activate one of said N telephones to be an active mode telephone such that all remaining N−1 telephones are on standby mode prior to making an outgoing call or taking an incoming call; | As highlighted below, the unified communications application enables configuration of the call queue routing engine, which functions as a system-level switch. Based on predefined routing rules (e.g., longest-idle agent), the system automatically selects and activates exactly one agent telephone to receive and handle an incoming call, while all remaining agent telephones are maintained in an idle or stand-by state for that call. At any given time, only one agent endpoint is activated per incoming call, and the other agent devices are not activated unless and until the routing logic subsequently selects them, thereby directly inferred to activating one telephone while the remaining N−1 telephones remain on standby.<br><br>**Product Related Information Below:**<br><br>## SET UP NET2PHONE CALL QUEUES IN FOUR EASY STEPS<br><br>With net2phones powerful unified communications solution, setting up a queue calling system is as easy as one, two, three… four. Head to the ring groups section of the net2phone portal. Click the edit button on the call group you want to enable call queues for. Select the call routing tab. Enable the call queue option and you're all set. |

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| | **TUTORIAL VIDEO**<br><br>Once call queuing is active, you can scroll down to find additional options such as uploading your own audio to be played to the caller queue (music on hold) and secondary ringing – which enables phones in the ring group to ring even if already on a call. Once you're finished with all the options for that ring group, just hit save to apply them.<br><br>You can apply call queue settings independently for all existing ring groups and for new ring groups. For new ring groups, hit the add ring group button and be sure to select the appropriate call queue options while working through the setup process.<br><br>**https://www.net2phone.com/features/call-queue-software**  |

8

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| | **HOW DOES CALL QUEUING SOFTWARE WORK?**<br><br>When an agent is available to take the call, they are put through according to the call queue management protocol, which is normally based on rotating, sequential, or simultaneous call routing options.<br><br>Rotating agent selection has inbound calls distributed concurrently to the longest-idle, least-busy agents. Sequential agent selection distributes calls to agents in a particular order or with a skills based routing option, to the agent who is best skilled to answer the call and is frequently used when training new agents. Finally, simultaneous agent selection distributes calls one-at-a-time to all available agents, and the call rings until answered or maximum wait time expires.<br><br>https://www.net2phone.com/features/call-queue-software |

9

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| | ## How Does Call Queueing Work?<br><br>**Step 1. Call comes in:** A call queueing system begins when a call comes in and all agents are currently busy with other calls.<br><br>**Step 2. Call placed in queue:** The call is placed in a queue or waiting line until an agent becomes available. The caller is informed that their call is important and will be answered in the order in which it was received.<br><br>**Step 3. Callers hear message or music:** While the caller is waiting in the queue, they may hear a recorded message or music to keep them engaged and informed.<br><br>**Step 4. Agent becomes available:** When an agent becomes available, the next call in the queue is automatically routed to that agent.<br><br>**Step 5. Agent answers the call:** The agent answers the call and begins assisting the customer.<br><br>**Step 6. Call ends:** When the call is complete, the agent is available to take another call, and the call queueing system repeats the process for any remaining calls in the queue.<br><br>## What is Call Queue Management?<br><br>Call queue management is the process of efficiently managing incoming calls that are placed in a queue or waiting line when all agents are busy handling other calls. It involves the use of call center software or phone systems that can automatically route calls to available agents and provide callers with estimated wait times and other information while they wait on hold.<br><br>### 3. Prioritize Calls<br><br>Use call queue management software to prioritize certain types of calls, such as urgent or high-priority calls, and ensure that they are handled first. |

10

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| | https://www.net2phone.com/blog/what-is-call-queue |
| Claim 1.5 and at least one of said standby telephones configured such that it may be switched to active mode during a telephone call. | As mentioned below, the app shows a previously stand-by (idle) agent telephone can be activated during the call lifecycle (while the call is already in progress in the queue).<br><br>**Product Related Information Below:**<br><br># SET UP NET2PHONE CALL QUEUES IN FOUR EASY STEPS<br><br>With net2phones powerful unified communications solution, setting up a queue calling system is as easy as one, two, three… four. Head to the ring groups section of the net2phone portal. Click the edit button on the call group you want to enable call queues for. Select the call routing tab. Enable the call queue option and you're all set.<br><br>**TUTORIAL VIDEO**<br><br>Once call queuing is active, you can scroll down to find additional options such as uploading your own audio to be played to the caller queue (music on hold) and secondary ringing – which enables phones in the ring group to ring even if already on a call. Once you're finished with all the options for that ring group, just hit save to apply them.<br><br>You can apply call queue settings independently for all existing ring groups and for new ring groups. For new ring groups, hit the add ring group button and be sure to select the appropriate call queue options while working through the setup process.<br><br>https://www.net2phone.com/features/call-queue-software |

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| | ## HOW DOES CALL QUEUING SOFTWARE WORK?<br><br>When an agent is available to take the call, they are put through according to the call queue management protocol, which is normally based on rotating, sequential, or simultaneous call routing options.<br><br>Rotating agent selection has inbound calls distributed concurrently to the longest-idle, least-busy agents. Sequential agent selection distributes calls to agents in a particular order or with a skills based routing option, to the agent who is best skilled to answer the call and is frequently used when training new agents. Finally, simultaneous agent selection distributes calls one-at-a-time to all available agents, and the call rings until answered or maximum wait time expires.<br><br>https://www.net2phone.com/features/call-queue-software |

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| | ## How Does Call Queueing Work?<br><br>**Step 1. Call comes in:** A call queueing system begins when a call comes in and all agents are currently busy with other calls.<br><br>**Step 2. Call placed in queue:** The call is placed in a queue or waiting line until an agent becomes available. The caller is informed that their call is important and will be answered in the order in which it was received.<br><br>**Step 3. Callers hear message or music:** While the caller is waiting in the queue, they may hear a recorded message or music to keep them engaged and informed.<br><br>**Step 4. Agent becomes available:** When an agent becomes available, the next call in the queue is automatically routed to that agent.<br><br>**Step 5. Agent answers the call:** The agent answers the call and begins assisting the customer.<br><br>**Step 6. Call ends:** When the call is complete, the agent is available to take another call, and the call queueing system repeats the process for any remaining calls in the queue.<br><br>## What is Call Queue Management?<br><br>Call queue management is the process of efficiently managing incoming calls that are placed in a queue or waiting line when all agents are busy handling other calls. It involves the use of call center software or phone systems that can automatically route calls to available agents and provide callers with estimated wait times and other information while they wait on hold.<br><br>### 3. Prioritize Calls<br><br>Use call queue management software to prioritize certain types of calls, such as urgent or high-priority calls, and ensure that they are handled first. |

13

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| | https://www.net2phone.com/blog/what-is-call-queue |
| 2. The system of claim 1 where at least one of said N telephone is a cellular telephone. | The app explicitly supports a mobile (cellular) telephone as part of the multi-device calling group.<br><br>**Product Related Information Below:**<br><br>UNITE: BUSINESS PHONE SYSTEM<br><br>**A Business Phone As Simple As It Is Dependable**<br><br>Get clear, reliable calls with advanced voice features—without any of the complexity.<br><br>**Turn Any Device Into Your Office Phone System**<br><br>**Mobile & Browser**<br>Access your business phone through the mobile app or any web browser.<br><br>**Your Computer**<br>Simply log in and transform your computer or laptop into a powerful business phone.<br><br>**Deskphone**<br>Enjoy advanced call features with the familiarity of physical phones.<br><br>https://www.net2phone.com/products/small-business-phone-system |
| 3. The system of claim | As highlighted below, The multiple telephones indicate the same incoming call, including those that |

14

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| 1 where each of said N telephones is configured to indicate an incoming call whether in activated mode or in stand-by mode. | are not selected as the final active endpoint.<br><br>**Product Related Information Below:**<br><br>## 4. Implement routing options<br><br>Routing options ensure your call flows stay efficient and run smoothly. Here are some different routing options.<br><br>• **Rules-based:** Specify rules that route different types of inquiries to separate departments.<br>• **Skills-based:** The system routes more advanced or complicated calls to senior employees.<br>• **Location-based:** If your business is multinational, you could also have calls go to different agents working from various time zones or specific locations.<br>• **Round robin:** The system attempts to dial each agent one at a time, until someone answers who is available to speak to the caller.<br>• **Ring all:** Will ring several (or all) phones at once. This could be ideal if it doesn't matter who picks up the phone, but you want the call answered as quickly as possible.<br><br>There are several ways to make your call queue management system more efficient, and software is continuously adding new capabilities and strategies to help you answer your callers better. For example, net2phone's Call Center Essentials provides businesses with advanced call routing options to improve call flows.<br><br>https://www.net2phone.com/blog/call-queue-management |
| 8. The system of claim 6 where the common attribute includes an association established via a mobile software application program. | The association between the mobile phone and the rest of the telephone group is explicitly established via the Net2phone unified communication software application.<br><br>**Product Related Information Below:** |

15

| U.S. Patent No. 9,179,011 B1 [Claim] | Net2phone's Unified Communication Platform [Relevant Text / Images] |
|---|---|
| |  https://www.net2phone.com/products/small-business-phone-system |

16